[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-14561
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 25, 2010
JOHN LEY
CLERK

D. C. Docket No. 06-00074-CR-HL-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GREGORIO GARCIA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(February 25, 2010)

Before BLACK, CARNES and MARCUS, Circuit Judges.

PER CURIAM:

John Philip Fox, appointed counsel for Gregario Garcia in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Garcia's motion to proceed *pro se* is **DENIED**, and his conviction and sentence are **AFFIRMED**.